# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Synkera Technologies, Inc. ) | ASBCA No. 59104 |
| ) | |
| Under Contract No. N68335-05-C-0304 ) | |

APPEARANCE FOR THE APPELLANT: Mr. Brian L. Sperry
Vice President & Chief Financial Officer

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
Senior Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

The parties have settled this appeal as a result of Board-assisted mediation. Accordingly, the appeal is dismissed, with prejudice.

Dated: 23 July 2015

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59104, Appeal of Synkera Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals